**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:11CR73-RLV**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> PARKS BRADLEY SHORE, and ) <br> JOHNNY SANFORD JOHNSON, ) <br>     Defendants. ) <br> _____ ) | **NOTICE OF POSSIBLE DEPARTURE** <br> Fed. R. Crim. P. 32(h) |

      Pursuant to Rule 32(h) of the Federal Rules of Criminal Procedure, the Court hereby provides the parties "reasonable notice" (*i.e.*, a week in advance of the scheduled sentencing hearings) of the possibility that the Court may depart from the sentencing guidelines in the above-referenced cases on a ground not already identified for departure in either the Presentence Investigation Report or the parties' pre-hearing sentencing memoranda. Fed. R. Crim. P. 32(h). More specifically, the undersigned is contemplating that a departure from the guidelines may be warranted based upon factors identified within § 3553(a), and particularly "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6). To the extent either party requests to be heard on the propriety of departure on this or any other basis and seeks additional time to respond, a motion to continue supported by good cause will be entertained by the Court.

      Signed: December 30, 2013

      */s/ Richard L. Voorhees*
      Richard L. Voorhees
      United States District Judge